USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

**DOMINGUEZ,**
*and on behalf of all other persons similarly situated*

                       **Plaintiffs,**

    -against-

**FOOT LOCKER RETAIL, INC.,**

                       **Defendant.**

------------------------------------------------------------------ x

**19-CV-10635 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Court is in receipt of the Parties' Letters, ECF Nos. 30, 31, in response to the Court's June 24, 2020 Order, ECF No. 29. After careful consideration, the Court hereby **STAYS** this case, and any and all deadlines, pending resolution of the consolidated appeals in *Mendez v. AnnTaylor, Inc.*, No. 19-CV-10625, 2020 WL 1974211 (S.D.N.Y. Apr. 24, 2020), *appeal filed* (No. 20-1550). Defendant's pending motion to dismiss is **DENIED** without prejudice to refile the motion after the stay is lifted. The Parties should submit, in writing, a joint status report indicating how they would like to proceed within 14 days of the resolution of the consolidated appeals.

**SO ORDERED.**

Dated:     **July 15, 2020**
             **New York, New York**

                                             _____
                                             **ANDREW L. CARTER, JR.**
                                             **United States District Judge**