```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __Nov. 5, 2021__
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**Yovanny Dominguez** *and on behalf of all other persons similarly situated*,

                        **Plaintiff,**

-against-

**Foot Locker Retail, Inc.,**

                        **Defendant.**

---

**19-CV-10635-ALC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    On July 15, 2020, I stayed this case pending resolution of certain appeals before the Second Circuit. ECF No. 32. Since then, there has been no activity in this case except a notice of change of address by Plaintiff's counsel. ECF No. 33. The Parties are **ORDERED** to submit a joint status report no later than **November 12, 2021**.

**SO ORDERED.**

**Dated**: Nov. 5, 2021
       New York, New York

                                               _____

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**