# THE MARKS LAW FIRM, P.C.



July 13, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: July 15, 2022

**Via ECF:**
USDC/SDNY
40 Foley Square
New York, NY 10007

        **RE:**    **Yovanny Dominguez v. Foot Locker Retail, Inc.**
                 Index: 1:19-cv-10635-ALC

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Dear Sir or Madam:

    The undersigned counsel represents Plaintiff, Yovanny Dominguez, in the above referenced matter. This letter notice is being filed pursuant to Federal Rule 41(a)(1)(A)(i) Dismissal of Actions **without** prejudice against **Foot Locker Retail, Inc.**, since no party has answered or otherwise moved for summary judgement in this action.

        Respectfully Submitted,

        The Marks Law Firm, P.C.

        By: _____
              Bradly G. Marks

SO ORDERED:
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

**Dated**: July 15, 2022

155 East 55th Street, Suite 6A, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com